Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
_Middle_ District of _Florida_

_Orlando_ Division

Case No. 6:23-CV-852-~~RBB~~-EJK
(to be filled in by the Clerk's Office)

**Marcel Dotson**

_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

**Jacqueline Boughner, Tom Saunders, " See Attached**

_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Jury Trial: (check one)  ☐ Yes  ☒ No

FILED 2023 MAY -9 AM 8:43 CLERK, US DISTRICT COURT MIDDLE DISTRICT FLORIDA ORLANDO, FL

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Marcel Dotson |
| Address | 1643 Western Road |
| | South Daytona, Florida 32119 |
| | *City        State        Zip Code* |
| County | Volusia County |
| Telephone Number | 386-301-9231, 386-366-0162 |
| E-Mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jacqueline Boughner |
| Job or Title *(if known)* | US Probation Officer (Brevard) |
| Address | 1970 Michigan Ave |
| | Cocoa, Florida 32 |
| | *City        State        Zip Code* |
| County | Brevard County |
| Telephone Number | 321-229-1022 |
| E-Mail Address *(if known)* | |

[X] Individual capacity    [X] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Tom Saunders |
| Job or Title *(if known)* | US Probation Officer (Brevard) |
| Address | |
| | Cocoa, Florida 32922 |
| | *City        State        Zip Code* |
| County | Brevard County |
| Telephone Number | 321-243-8962 |
| E-Mail Address *(if known)* | |

[X] Individual capacity    [X] Official capacity

Defendant 5

South Daytona Police Department
1672 S Ridgewood Ave
South Daytona FL 32119

✗ Official Capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

**Defendant No. 3**

Name: Gabrielle Lank
Job or Title (if known): South Daytona Police Officer SD ID #
Address: 1672 S. Ridgewood Ave
South Daytona, Florida 32119
City / State / Zip Code
County: Volusia County
Telephone Number: 386-322-3030
E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

**Defendant No. 4**

Name: US Probation Middle District Florida
Job or Title (if known):
Address: 501 E. Polk Street
Tampa, Florida 33602
City / State / Zip Code
County: Hillsborough County
Telephone Number: 813-301-5600
E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4th Amendment False arrest, fabrication of evidence, wrongful and malicious prosecution

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 6

4th Amendment False arrest, fabrication of evidence, wrongful and malicious prosecution

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

All 3 Officers Jacqueline Boughner, Tom Saunders, and Officer Gabrielle Lank knowingly made false statements to obtain an arrest warrant. Using their positions to deprive my rights from false arrest, fabrication of evidence, and wrongful and malicious prosecution.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

1614 North US 1 Ormond Beach, FL 321
Econo Lodge Rm 263

B. What date and approximate time did the events giving rise to your claim(s) occur?

December 13 2022

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was arrest for failure to register address as a sex offender. Despite me texting Officer Saunders my location to call Volusia and Duval Counties Sheriff's departments to give me permission to stay at the addresses provided. After arrest hired an attorney where I was made aware of Officer Jacqueline Boughner and Tom Saunders false information given to Officer Lank of South Daytona Police department. After charges were dropped for some reason. I asked attorney for a copy of the arrest report. Officer Jacqueline Boughner and Tom Saunders told Officer Lank that I had no registered any address with them before 12/8/2022 despite having text messages showing I clearly did. Officer Lank gave false information in report stating she called Econo Lodge and spoke with "Sally" who stated I checked in 12/3/2022 and out 12/6/2022, then checked in again 12/6/2022 and out 12/9/2022, and checked in again 12/12/2022 then out 12/15/2022 which is what I told Officer Saunders after he asked for 3 months of my bank statements and pay stubs which was false which my bank statement would show is not true and clearly Officer Lank never spoke with anyone at Econo Lodge as they would have given her my accurate check in and out dates. All 3 Officers conspired to knowingly make false statements for the sole purpose of me going to prison on state charges. After arrest Ms Jacqueline Boughner along with probation officers from all over the Middle District approached my neighbors, grandmother's neighbors, family, and anyone in the community who would help them intimidate and harass to keep me from speaking out about the fabricated statements and false arrest. I have captured quite a few probation officers following me throughout the entire Middle District and approaching potential employers not to hire me ruining my reputation both personally and professionally which I may never recover financially or emotionally.

Page 4 of 6

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Emotional Distress

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Compensatory Damages- Bail $250, Attorney's Fees "State" $3500, Loss Wages "12/13/2022" $192, Loss Income $13,500 out of work, 3450 Truck Payments, $360 Credit Cards payments and $ 8400 reduced wages due to Officer Boughner, Saunders, and US Probation's actions and "special damages

Punitive or Exemplary Damages- Intimidation, harassment, and Defamation by approaching my family, neighbors, grandmother's neighbors, and community. I know longer feel safe in my own community that I was born and raised in. To be followed every time I leave my home is such a violation of privacy, walking in a grocery store people I don't know, knows me, my vehicle, and my home due to Officers Boughner, Saunders, and US Probation's actions before and after my false arrest

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/08/2023

Signature of Plaintiff

Printed Name of Plaintiff    Marcel Dotson

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

                                                       *City*                          *State*            *Zip Code*

Telephone Number

E-mail Address